DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHANCY MALLORY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1568

[September 22, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel Arthur Casey, Judge; L.T. Case No. 14006917CF10A.

Chancy Mallory, DeFuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and MAY, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***